## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

HARVEST MEAT COMPANY,

                    Plaintiff,

v.                                             Case No. 05-2122 KGS

ROBERTS DAIRY COMPANY,

                      Defendant.

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO INTERVIEW JURORS

This matter comes before the court upon Defendant Roberts Dairy Company's Motion to Interview Jurors (Doc. 70). Upon reviewing defendant's motion, the court finds that further briefing is not necessary and is prepared to rule.

D. Kan. R. 7.1(a) specifies that all motions shall be accompanied by a supporting a brief or memorandum. The court notes that defendant failed to file its accompanying brief or memorandum with this motion. As such, the court is unable to ascertain the grounds upon which defendant is seeking its motion. Additionally, the court is unable to ascertain whether defendant's motion is joint or unopposed.[1] Therefore, the court shall deny defendant's motion without prejudice, and defendant is free to re-file its motion in compliance with D. Kan. R. 7.1 and D. Kan. R. 47.1.

**IT IS THEREFORE ORDERED** that defendant's Motion to Interview Jurors (Doc. 70) is denied without prejudice.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2006, at Topeka, Kansas.

---

[1] *See* D. Kan. R. 7.1(b).

2

<u>s/ K. Gary Sebelius</u>

K. Gary Sebelius
U.S. Magistrate Judge
