IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HARVEST MEAT COMPANY,

        Plaintiff,

v.                                             Case No. 05-2122-KGS

ROBERTS DAIRY COMPANY,

        Defendant.

_____

### **ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

This matter comes before the court upon plaintiff's unopposed Motion to File Documents Under Seal (Doc. 80). In its motion, plaintiff seeks leave to file a sealed exhibit to its Memorandum in Support of Motion for Attorney Fees and Costs (Doc. 77). Specifically, plaintiff seeks leave to file under seal its verified accounting and description of the bills from Harvest's attorneys to its client. The court has reviewed plaintiff's motion and finds good cause that it be granted. Therefore, for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's unopposed Motion to File Documents Under Seal (Doc. 80) is granted.

**IT IS FURTHER ORDERED** that plaintiff shall deliver to the Clerk's Office for conventional filing under seal, its detailed and verified accounting of attorney's fees to be attached as a sealed exhibit to its Memorandum in Support of Motion for Attorney Fees and Costs (Doc. 77), with a hard copy to be mailed to opposing counsel.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2006, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
